**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JACKMAN FINANCIAL CORP., | ) | FILED: MAY 23, 2008 |
| | ) | 08CV3007          TG |
| Plaintiff, | ) | JUDGE KENNELLY |
| | ) | MAGISTRATE JUDGE COX |
| v. | ) | |
| | ) | Case No. 2008 M1 130049 |
| ANTHEM LIFE INSURANCE and | ) | |
| WELLPOINT, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE TO FEDERAL COURT OF REMOVAL FROM STATE COURT**

To:  Michael Dobbins                                Jessica Tovrov
     Clerk of Court                                 TOVROV LAW OFFICES LLC
     Everett McKinley Dirksen Building              17 North State Street
     219 South Dearborn Street                      Suite 1700
     Chicago, Illinois 60604                        Chicago, Illinois 60602

        PLEASE TAKE NOTICE that on May 23, 2008 Anthem Life Insurance and Wellpoint, Inc. filed with the Clerk of the United States District Court for the Northern District of Illinois, their Notice of Removal, a true and correct copy of which is served upon you.

**DATED: May 23, 2008**                            Respectfully submitted,
                                                   SEYFARTH SHAW LLP


                                                   By:  s/Laura E. Reasons
                                                   One of Its Attorneys


Ian H. Morrison (imorrison@seyfarth.com)
Laura E. Reasons (lreasons@seyfarth.com)
SEYFARTH SHAW LLP
131 South Dearborn Street
Suite 2400
Chicago, Illinois 60603
(312) 460-5000

**<u>CERTIFICATE OF SERVICE</u>**

   The undersigned, an attorney, hereby certifies that a true and correct copy of the foregoing Notice to Federal Court of Removal From State Court was served upon:

> Jessica Tovrov
> TOVROV LAW OFFICES LLC
> 17 North State Street
> Suite 1700
> Chicago, Illinois 60602
> Tel:  (312) 252-7362
> Fax:  (312) 264-0668

by having the same sent via messenger this 23rd day of May, 2008.


                   s/Laura E. Reasons
                    Laura E. Reasons