# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of  Case Number: 08 CV 3007
JACKMAN FINANCIAL CORP.,
   Plaintiff
 v.
ANTHEM LIFE INSURANCE and WELLPOINT, INC.
   Defendants

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

DEFENDANTS

| | |
|---|---|
| NAME (Type or print) <br> Laura E. Reasons | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Laura E. Reasons | |
| FIRM <br> Seyfarth Shaw LLP | |
| STREET ADDRESS <br> 131 S. Dearborn, Suite 2400 | |
| CITY/STATE/ZIP <br> Chicago, IL 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6293622 | TELEPHONE NUMBER <br> 312-460-5000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that a true and correct copy of the foregoing Appearance was served upon:

>Jessica Tovrov
>TOVROV LAW OFFICES LLC
>17 North State Street
>Suite 1700
>Chicago, Illinois 60602
>Tel: (312) 252-7362
>Fax: (312) 264-0668

by mailing a correct copy to them in a sealed envelope, with postage prepaid, addressed to them at their regular office address shown above, and deposited in the U.S. Post Office the same sent by depositing same in the US mail located at 131 S. Dearborn by 5:00 pm this 27th day of May, 2008.

>/s Laura E. Reasons
>Laura E. Reasons

CH1 11487001.1