IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JACKMAN FINANCIAL CORP., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 08 CV 3007 |
| ) | |
| ANTHEM LIFE INSURANCE and ) | Judge Kennelly |
| WELLPOINT, INC., ) | |
| ) | Magistrate Judge Cox |
| Defendants. ) | |

**AGREED MOTION FOR AN EXTENSION OF TIME
TO ANSWER OR OTHERWISE PLEAD**

Defendants, Anthem Life Insurance and Wellpoint, Inc. ("Defendants"), by their attorneys and with agreement of Jackman Financial Corp. ("Plaintiff"), hereby move for an extension of time to answer or otherwise plead. In support of this motion, Defendants state:

1.  On April 15, 2008, Plaintiff filed a complaint titled *Jackman Financial Corp. v. Anthem Life Insurance and Wellpoint, Inc.* in the Municipal Division of the Circuit Court of Cook County, Illinois ("Complaint"). Defendants were served with the Complaint and summons on April 24, 2008.

2.  On May 23, 2008, Defendants filed their Notice of Removal, removing the case from State Court to this Court. Accordingly, Defendants' responsive pleading is due June 2, 2008. Fed. R. Civ. P. 81(c).

3.  On May 27, 2008, Defendants' counsel, Laura Reasons, spoke to Plaintiff's counsel, Jessica Tovrov, and received agreement from Ms. Tovrov to Defendants' request for a 30-day extension of time for Defendants to answer or otherwise plead to the Complaint.

4.      Defendants request this extension of time because they believe that having time to discuss the possibility of settlement before engaging in time-consuming and expensive motion practice will likely aid the parties in reaching an expeditious settlement.

5.      This is the first request for an extension of time in this case.

6.      The request is not made for any improper purpose.

WHEREFORE, Defendants move for a 30-day extension, up to and including July 2, 2008, to answer or otherwise plead to Plaintiff's Complaint

| | |
|---|---|
| **DATED: May 27, 2008** | Respectfully submitted,<br>SEYFARTH SHAW LLP<br><br>By:  s/Laura E. Reasons<br>One of Its Attorneys |

Ian H. Morrison (imorrison@seyfarth.com)
Laura E. Reasons (lreasons@seyfarth.com)
SEYFARTH SHAW LLP
131 South Dearborn Street
Suite 2400
Chicago, Illinois 60603
(312) 460-5000

## **CERTIFICATE OF SERVICE**

      The undersigned, an attorney, hereby certifies that a true and correct copy of the foregoing AGREED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD was served upon:

> Jessica Tovrov
> TOVROV LAW OFFICES LLC
> 17 North State Street
> Suite 1700
> Chicago, Illinois 60602
> Tel:  (312) 252-7362
> Fax:  (312) 264-0668

by having the same sent via first class mail this 27th day of May, 2008.

                                                                            s/Laura E. Reasons
                                                                             Laura E. Reasons

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JACKMAN FINANCIAL CORP., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 08 CV 3007 |
| | ) |
| ANTHEM LIFE INSURANCE and | ) Judge Kennelly |
| WELLPOINT, INC., | ) |
| | ) Magistrate Judge Cox |
| Defendants. | ) |

## NOTICE OF MOTION

To:   Jessica Tovrov
TOVROV LAW OFFICES LLC
17 North State Street
Suite 1700
Chicago, Illinois 60602
Tel:  (312) 252-7362
Fax:  (312) 264-0668

   PLEASE TAKE NOTICE that on Tuesday June 3, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Matthew F. Kennelly, or any judge sitting in his stead, in Courtroom 2103 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn St., Chicago, Illinois, and then and there present the attached AGREED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD, a copy of which is hereby served upon you.

**DATED:** May 27, 2008

Respectfully submitted,
SEYFARTH SHAW LLP


By: s/Laura E. Reasons
One of Its Attorneys

Ian H. Morrison (imorrison@seyfarth.com)
Laura E. Reasons (lreasons@seyfarth.com)
SEYFARTH SHAW LLP
131 South Dearborn Street
Suite 2400
Chicago, Illinois 60603
(312) 460-5000