IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JACKMAN FINANCIAL CORP., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 08 CV 3007 |
| | ) |
| ANTHEM LIFE INSURANCE and | ) Judge Kennelly |
| WELLPOINT, INC., | ) |
| | ) Magistrate Judge Cox |
| | ) |
| Defendants. | ) |

## NOTICE OF MOTION

To:   Jessica Tovrov
      TOVROV LAW OFFICES LLC
      17 North State Street
      Suite 1700
      Chicago, Illinois 60602
      Tel:  (312) 252-7362
      Fax:  (312) 264-0668

   PLEASE TAKE NOTICE that on Tuesday June 3, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Matthew F. Kennelly, or any judge sitting in his stead, in Courtroom 2103 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn St., Chicago, Illinois, and then and there present the attached AGREED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD, a copy of which is hereby served upon you.

**DATED: May 27, 2008**                          Respectfully submitted,
                                                 SEYFARTH SHAW LLP


                                                 By:  s/Laura E. Reasons
                                                 One of Its Attorneys

Ian H. Morrison (imorrison@seyfarth.com)
Laura E. Reasons (lreasons@seyfarth.com)
SEYFARTH SHAW LLP
131 South Dearborn Street
Suite 2400
Chicago, Illinois 60603
(312) 460-5000