**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14

In the Matter of　　　　　　　　　　　　　　　　　　　Case Number: 08-3007

Jackman Financial Corp
　　　　Plaintiff
　v.

Anthem Life Insurance and Wellpoint Inc.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Jackman Financial Corp

| | |
|---|---|
| NAME (Type or print) <br> Jessica Tovrov | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Jessica Tovrov | |
| FIRM <br> Tovrov Law Offices LLC | |
| STREET ADDRESS <br> 17 North State Street, Suite 1700 | |
| CITY/STATE/ZIP <br> Chicago IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 620466 | TELEPHONE NUMBER <br> 312 252 7362 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓　NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐　NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓　NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓　NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS <br> RETAINED COUNSEL ☐　　APPOINTED COUNSEL ☐ | |