## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew F. Kennelly | **Sitting Judge if Other than Assigned Judge** | Rebecca R. Pallmeyer *RRP* |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3007 | **DATE** | 6/2/2008 |
| **CASE TITLE** | Jackman Financial Corp vs. Anthem Life Insurance, et al | | |

**DOCKET ENTRY TEXT**

Agreed motion for an extension of time to answer or otherwise plead [7] granted to and including 7/2/2008. Rule 16 conference set before Judge Kennelly for 7/15/2008 at 9:30 a.m.

Notices mailed by Judicial staff.
*Copy to judge/magistrate judge.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|