# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3007 | **DATE** | 6/18/2008 |
| **CASE TITLE** | Jackman Financial Corp. vs. Anthem Life Ins., et al. | | |

**DOCKET ENTRY TEXT**

The order of 6/2/08 is vacated to the extent it set the initial Rule 16 conference for 7/15/08. The conference date of 7/15/08 is vacated and reset to 7/29/08 at 9:00 a.m. The parties are directed to comply with Judge Kennelly's initial standing order, which may be found on his web page.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mk |
|---|---|---|