IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JACKMAN FINANCIAL CORP., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ANTHEM LIFE INSURANCE and ) <br> WELLPOINT, INC., ) <br> ) <br> Defendants. ) | Case No. 08 CV 3007 <br><br> Judge Kennelly <br><br> Magistrate Judge Cox |

**AGREED MOTION FOR AN EXTENSION OF TIME
TO ANSWER OR OTHERWISE PLEAD**

Defendants, Anthem Life Insurance and Wellpoint, Inc. ("Defendants"), by their attorneys and with agreement of Jackman Financial Corp. ("Plaintiff"), hereby move for an extension of time to answer or otherwise plead. In support of this motion, Defendants state:

1. On April 15, 2008, Plaintiff filed a complaint titled *Jackman Financial Corp. v. Anthem Life Insurance and Wellpoint, Inc.* in the Municipal Division of the Circuit Court of Cook County, Illinois ("Complaint"). Defendants were served with the Complaint and summons on April 24, 2008. On May 23, 2008, Defendants filed their Notice of Removal, removing the case from State Court to this Court.

2. On May 27, 2008 Defendants filed an Agreed Motion for an Extension of Time to Answer or Otherwise Plead. Defendants sought that extension because they believed that having time to discuss the possibility of settlement before engaging in time-consuming and expensive motion practice would likely aid the parties in reaching an expeditious settlement. The Court granted that Motion on June 2, 2008. Accordingly, Defendant's responsive pleading is due July 2, 2008.

CH1 11511929.1

3. On June 30, 2008, Defendants' counsel, Laura Reasons, spoke to Plaintiff's counsel, Jessica Tovrov, and received agreement from Ms. Tovrov to Defendants' request for a second 30-day extension of time for Defendants to answer or otherwise plead to the Complaint.

4. Defendants request this extension of time because the parties have orally agreed to settle the case and need additional time to finalize the settlement agreement.

5. The request is not made for any improper purpose.

WHEREFORE, Defendants move for a 30-day extension, up to and including August 2, 2008, to answer or otherwise plead to Plaintiff's Complaint.

**DATED: June 30, 2008**            Respectfully submitted,
                                    SEYFARTH SHAW LLP


                                    By: s/Laura E. Reasons
                                    One of Its Attorneys


Ian H. Morrison (imorrison@seyfarth.com)
Laura E. Reasons (lreasons@seyfarth.com)
SEYFARTH SHAW LLP
131 South Dearborn Street
Suite 2400
Chicago, Illinois 60603
(312) 460-5000

CH1 11511929.1

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that a true and correct copy of the foregoing AGREED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD was served upon:

>Jessica Tovrov
>TOVROV LAW OFFICES LLC
>17 North State Street
>Suite 1700
>Chicago, Illinois 60602
>Tel: (312) 252-7362
>Fax: (312) 264-0668

by the court's electronic noticing system this 30th day of June, 2008.

s/Laura E. Reasons<br>
Laura E. Reasons

CH1 11511929.1