# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JACKMAN FINANCIAL CORP., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 08 CV 3007 |
| | ) |
| ANTHEM LIFE INSURANCE and | ) Judge Kennelly |
| WELLPOINT, INC., | ) |
| | ) Magistrate Judge Cox |
| Defendants. | ) |

## NOTICE OF MOTION

**To:**   Jessica Tovrov
TOVROV LAW OFFICES LLC
17 North State Street
Suite 1700
Chicago, Illinois 60602
Tel:  (312) 252-7362
Fax:  (312) 264-0668

    PLEASE TAKE NOTICE that on Wednesday July 2, 2008, at 10:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Matthew F. Kennelly, or any judge sitting in his stead, in Courtroom 2103 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn St., Chicago, Illinois, and then and there present the attached AGREED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD, a copy of which is hereby served upon you.

| | |
|---|---|
| **DATED: June 30, 2008** | Respectfully submitted, |
| | SEYFARTH SHAW LLP |
| | |
| | By:  s/Laura E. Reasons |
| | One of Its Attorneys |

Ian H. Morrison (imorrison@seyfarth.com)
Laura E. Reasons (lreasons@seyfarth.com)
SEYFARTH SHAW LLP
131 South Dearborn Street
Suite 2400
Chicago, Illinois 60603
(312) 460-5000