# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3007 | **DATE** | 7/2/2008 |
| **CASE TITLE** | Jackman Financial Corporation vs. Anthem Life Insurance, et al. | | |

**DOCKET ENTRY TEXT**

Defendants' agreed motion for extension of time is granted. Response to complaint is to be filed by 8/2/08. No further extensions.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | DS |
|---|---|---|